(Reap. Dec. 10462)

ANDREW FISHER CYCLE CO., INC. *v.* UNITED STATES

Entry No. 1414.

(Decided March 5, 1963)

*Brooks & Brooks* for the plaintiff.
*John W. Douglas*, Acting Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: Counsel for the parties have submitted the above-enumerated appeal for reappraisement for decision upon stipulation, on the basis of which I find that export value, as defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the values of the bicycle tires, imported from Holland, here involved, and that such values were the invoiced unit prices.

Judgment will issue accordingly.